# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 22, 2021

### NO.  03-21-00019-CV

**Hugo Cornejo, Appellant**

**v.**

**International Bank of Commerce, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE AND JUSTICES TRIANA, KELLY
### AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the Order Reviving Judgment signed by the trial court on November 5, 2020.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order.  Therefore, the Court affirms the trial court's order.  The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.